**Dismissed and Memorandum Opinion filed October 30, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00452-CR

---

### VERNON ADDISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67634**

---

## M E M O R A N D U M   O P I N I O N

On May 8, 2012, appellant filed a notice of appeal challenging the trial court's denial of his pretrial application for writ of habeas corpus.

On July 26, 2012, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On October 22, 2012, the trial court conducted the hearing, and the record of the hearing was filed in this court on October 23, 2012.

At the hearing, appellant, together with his counsel, confirmed that he had discussed the issues with counsel and determined that appellant no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).